CITY OF PHOENIX, ARIZONA,
Petitioner

v.

Michael P. HUERTA and Federal
Aviation Administration,
Respondents

No. 15-1158
September Term, 2017
Consolidated with 15-1247

United States Court of Appeals,
District of Columbia Circuit.

Filed February 7, 2018

John E. Putnam, Peter J. Kirsch, Kaplan Kirsch & Rockwell LLP, Denver, CO, for Petitioner (Case No. 15-1158).

Matthew G. Adams, Esquire, Attorney, Dentons US LLP, San Francisco, CA, Peter Lawrence Gray, Attorney, Dentons US LLP, Washington, DC, for Petitioners (Case No. 15-1247).

Lane N. McFadden, Esquire, Attorney, John Charles Cruden, U.S. Department of Justice (DOJ), Environment and Natural Resources Division, Washington, DC, for Respondents.

BEFORE: Rogers and Griffith, Circuit Judges; Sentelle, Senior Circuit Judge

## ORDER

Per Curiam

Upon consideration of the joint petition for panel rehearing, it is

**ORDERED** that the opinion issued August 29, 2017, be amended as follows:

Slip Op., p. 20, Part IV, line 3, insert the word "departure" before the word "routes" and delete the words "and procedures". It is

**FURTHER ORDERED** that the judgment of the court issued August 29, 2017, be vacated. The Clerk is directed to issue a new judgment. It is

**FURTHER ORDERED** that the Clerk is directed to withhold issuance of the mandate until June 15, 2018, unless the parties notify the court prior to that date that the mandate should issue.